IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.

**RYAN BRAZEL,**

    **Defendant.**                         Case No. 11-CR-30142-DRH

## ORDER

**HERNDON, Chief Judge:**

Now before the Court is defendant defendant Brazel's motion for issuance of subpoena duces tecum and an early return (Doc. 51). Specifically, defendant moves pursuant to Rule 17(c) for the issuances of subpoenas duces tecum from Concetta R. Lupardo, CPA PA 2263 NW 2nd Avenue #205, Boca Raton FL 33431 as the custodian of records for Jennifer Kirk (defendant in a related cause) seeking profit and loss statements for Creative Vacation Solutions (CVS) and Universal Marketing Solutions (UMS). Defendant maintains that he needs these documents to make an informed decision as to whether or not he wishes to cooperate with the government or to continue forward with trial in this cause and that these documents are not available in full from the government's discovery. The government does not oppose the motion (Doc. 52). Thus, the Court **GRANTS** the motion. The Court **DIRECTS** that subpoena duces tecum be issued to Concetta Lupardo for the above referenced documents, and

that the documents be returned within five days of service of the subpoena.

**IT IS SO ORDERED**.

Signed this 17th day of January, 2012.

David R. Herndon
2012.01.17
16:29:27 -06'00'

**Chief Judge**
**United States District Court**