IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

                                        Criminal No. 11-30142-DRH-2

BRIAN C. MORRIS,

    Defendant.

## ORDER

**HERNDON, Chief Judge:**

Now before the Court is the government's motion to dismiss (Doc. 91). Based on the reasons stated in the motion, the Court **DISMISSES with prejudice** Counts 2 through 13 of the indictment as to Brian C. Morris.

DATE: April 25, 2012

/s/ David R. Herndon

Digitally signed by David R. Herndon
Date: 2012.04.25 13:16:39 -05'00'

Chief Judge
United States District Court