IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

                                                  Criminal No. 11-30142-DRH-1

RYAN BRAZEL,

    Defendant.

## ORDER

**HERNDON, Chief Judge:**

    Now before the Court is the Government's Motion to Dismiss. Based on the reasons stated in the motion, the Court **DISMISSES with prejudice** Counts 2 through 13 of the indictment as to Ryan Brazel.

DATE: April 30, 2012

                                                                  David R. Herndon
                                                                  2012.04.30
                                                                  14:42:58 -05'00'

                                                                Chief Judge
                                                                United States District Court