UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

United States of America,

      Plaintiff,         Case No. 3:11CR30142-003-DRH

  v.

Steven Folan,

      Defendant,
=====================================
Wells Fargo,

  Garnishee.

## ORDER

Upon motion of the United States of America (Doc 123), pursuant to Rule 41(a)(2), Federal Rules of Civil Procedure, and for good cause shown, it is hereby **ORDERED** the Garnishment in this cause be and the same is hereby **DISMISSED.**

**IT IS SO ORDERED**.

DATED: August 8, 2012

Digitally signed by David R. Herndon
Date: 2012.08.08 17:27:51 -05'00'

Chief Judge
United States District Court